# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RONALD WHITE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 4:22-cv-00559-SPM |
| | ) |
| ANGIE ELORA NADEAU DANIS, | ) |
| | ) |
|     Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Ronald White's motion to withdraw his complaint. (Docket No. 4). For the reasons discussed below, the motion will be granted.

On May 25, 2022, the Court ordered plaintiff to file an amended complaint on a Court-provided form. (Docket No. 3). He was also directed to either file a motion for leave to proceed in forma pauperis or pay the filing fee. Plaintiff was given thirty days in which to comply.

On June 13, 2022, the Court received the instant motion, in which plaintiff asserts that he "wishes to withdraw his complaint immediately." The Court has construed plaintiff's motion as a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will allow plaintiff to dismiss his case without prejudice. *See* Fed. R. Civ. P. 41(a)(i) (stating that a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to withdraw his complaint (Docket No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(a)(i). A separate order of dismissal will be entered herewith.

Dated this  15th  day of  June, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE